IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK O'DELL,

       Petitioner,               No. 2:12-cv-0860 JFM (HC)

    vs.

LUTZ,

       Respondent.         ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.[1]  In his application, petitioner challenges a conviction issued by the Inyo County Superior Court.  Inyo County is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

---

[1]  Petitioner has also filed a motion to proceed in forma pauperis.  This court has not ruled on that motion.

1

1        Good cause appearing, IT IS HEREBY ORDERED that:

2            1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4            2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6                    United States District Court
                    Eastern District of California
7                    2500 Tulare Street
                    Fresno, CA 93721

8

9    DATED: April 29, 2012.

10

11    _____
     UNITED STATES MAGISTRATE JUDGE

12

13    12/md
     odel0860.109

14

15

16

17

18

19

20

21

22

23

24

25

26